**GENERAL INJECTABLES & VACCINES, INC.,**
**Appellant,**

v.

**Robert M. GATES, Secretary of Defense, Appellee.**

**No. 2007–1119.**

United States Court of Appeals, Federal Circuit.

Feb. 8, 2007.

**ORDER**

Appellant having paid the initial filing fee, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

The Appellant's Brief is due on or before April 9, 2007.